UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-CR-20374-SCOLA

UNITED STATES OF AMERICA,

    *Plaintiff,*

vs.

BRIAN BAILEY,

    *Defendant.*

_____/

**BRIAN BAILEY'S PROPOSED MISSING WITNESS INSTRUCTION**

Brian Bailey proposes the following instruction, which is First Circuit standard instruction 2.12:

> If it is peculiarly within the power of the government to produce a witness who could give material testimony, or if a witness, because of [his/her] relationship to the government, would normally be expected to support the government's version of events, the failure to call that witness may justify an inference that [his/her] testimony would in this instance be unfavorable to the government. You are not required to draw that inference, but you may do so. No such inference is justified if the witness is equally available to both parties, if the witness would normally not be expected to support the government's version of events, or if the testimony would merely repeat other evidence.

Respectfully submitted,

**MARKUS/MOSS PLLC**
40 N.W. Third Street
Penthouse One
Miami, Florida  33128
Tel: (305) 379-6667
Fax: (305) 379-6668
markuslaw.com

By: /s/ David Oscar Markus
David Oscar Markus
Florida Bar Number 119318
dmarkus@markuslaw.com

A. MARGOT MOSS
Florida Bar Number 091870
mmoss@markuslaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was e-filed this 14th day of July 2015, and served on all appropriate parties through that system.

/s/ David Oscar Markus
David Oscar Markus