UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-CR-20374-SCOLA

UNITED STATES OF AMERICA,

    *Plaintiff,*
vs.

BRIAN BAILEY,

    *Defendant.*
_____/

### BRIAN BAILEY'S PROPOSED THEORY OF DEFENSE INSTRUCTION

Brian Bailey proposes this theory of defense instruction:

*Brian Bailey agrees that he accepted packages for McConnell. He also agrees that he sent money to China for McConnell. His defense on both counts is that he was used by McConnell and did not know that the packages contained illegal narcotics. If you have a reasonable doubt as to whether he knew that the packages contained **illegal** drugs, then you must find him not guilty on both counts.*

Respectfully submitted,

**MARKUS/MOSS** PLLC
40 N.W. Third Street
Penthouse One
Miami, Florida  33128
Tel: (305) 379-6667
Fax: (305) 379-6668
markuslaw.com

By:    /s/ David Oscar Markus
        David Oscar Markus
        Florida Bar Number 119318
        dmarkus@markuslaw.com

        A. MARGOT MOSS
        Florida Bar Number 091870
        mmoss@markuslaw.com

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that a true and correct copy of the foregoing was e-filed this 14th day of July 2015, and served on all appropriate parties through that system.

<u>/s/ David Oscar Markus</u>
David Oscar Markus
