United States District Court
for the
Southern District of Florida

United States of America,        )
Plaintiff                    )
                               )
v.                           )     Case No. 15-20374-CR-Scola
                               )
Brian Scot Bailey,         )
Defendant            )

### Jury Note/Question

Judge Scola— We wish to recess for the night, we have not finished deliberations.

Will you assign the time to recommence deliberations tomorrow? If we have a choice we would like to come at 9 AM.

Thank you.