United States District Court
for the
Southern District of Florida

| | |
|---|---|
| United States of America,<br>Plaintiff<br><br>v.<br><br>Brian Scot Bailey,<br>Defendant | )<br>)<br>)<br>)  Case No. 15-20374-CR-Scola<br>)<br>)<br>)<br>) |

### Jury Note/Question

Judge Scola —

We have reached a verdict.